UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12664
   WALTER THOMAS
   PAMELA THOMAS                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-0417      SSN XXX-XX-2990

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/16/07 and confirmed on 10/23/07.

   2.   The case was converted to Chapter 7 after confirmation, 09/17/2008.

   3.   The Debtor paid a total of $  14525.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 38703.41 | 2303.72 | 4863.68 |
| POLO TOWERS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 28915.12 | 1715.93 | 3740.98 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15184.89 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 955.47 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 834.68 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 12342.05 | .00 | .00 |
| C & NW PROVISO C.U. | UNSECURED | 1593.76 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1945.34 | .00 | .00 |
| DOMINION RETAIL | UNSECURED | 1001.10 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 3041.27 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 329.38 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 237.99 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 897.44 | .00 | .00 |
| STERLING JEWELERS | SECURED | 200.00 | 3.04 | 16.21 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 433.33 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TARGET NATIONAL BANK | UNSECURED | 539.69 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1252.69 | .00 | .00 |
| STERLING JEWELERS | UNSECURED | 513.92 | .00 | .00 |

          Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED      67818.53        .00       41103.00         .00    108921.53
PRINCIPAL PAID           8620.87        .00            .00         .00      8620.87
INTEREST PAID            4022.69        .00            .00         .00      4022.69
TOTAL PAID              12643.56        .00            .00         .00     12643.56
```

The Debtor's attorney, KONSTANTINE T SPARAGIS          , was allowed $   3500.00
and was paid $    571.00  direct and $   1213.20  through the plan.

The Trustee received $      668.24 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 12/17/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE